MEMO ENDORSED

# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.csvllp.com

**PATRICK J. SMITH**
T  212 582 4400
patrick.smith@csvllp.com

July 12, 2023

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-13-23

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Dagar, et al.*, No. 23-cr-319

Dear Judge Carter:

We represent Defendant Amit Dagar in the above-referenced matter.  We respectfully submit this letter to request modification of Mr. Dagar's conditions of pretrial release, which were entered on June 29, 2023.

Mr. Dagar's personal recognizance bond is to be secured by his residence and co-signed by two financially responsible persons.  The conditions of release provide that all remaining conditions, including execution of the lien securing Mr. Dagar's residence and co-signing of the bond, must be met by July 13, 2023.  However, additional time is needed to complete the execution of the lien and the approval of the co-signers, and Mr. Dagar respectfully requests that the deadline to meet all remaining conditions be extended by one week to allow for the completion of these tasks.  The government does not object to this requested modification.

Accordingly, Mr. Dagar respectfully requests that the deadline to meet all remaining conditions be extended to July 20, 2023.

Very truly yours,

/s/ *Patrick J. Smith*

Patrick J. Smith
Clark Smith Villazor LLP

The application is    ✓ granted.
                        denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: 7-13-23
       NY, New York