UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

               -against-

AMIT DAGAR,

                                Defendant.
------------------------------------------------------------ x

23-CR-319 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court hereby **GRANTS** Pfizer Inc. ("Pfizer") leave to file its anticipated motion to quash trial subpoenas served on Dr. Albert Bourla, Dr. Mikael Dolsten and Mr. Frank D'Amelio by **December 26, 2023**. Any reply or opposition shall be due by **December 28, 2023**.

Dated:  December 21, 2023
          New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**