UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UNITED STATES OF AMERICA,                               :
                                                        :
                                                        :
                                                        :
                -against-                               :    23-CR-319 (ALC)
                                                        :
                                                        :    **ORDER**
AMIT DAGAR,                                             :
                                                        :
                                Defendant.              :
                                                        :
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

Due to the volume of jury selections scheduled in the U.S. Southern District of New York, jury selection in this case will be adjourned to **January 9, 2024**. All other dates remain unchanged.

**SO ORDERED.**

Dated:   December 28, 2023
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**