**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

   **UNITED STATES OF AMERICA,**

                           **23-CR-319 (ALC)**

           **-against-**

                           **ORDER**

   **AMIT DAGAR,**

                 **Defendant.**

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court is in receipt of the Defendant's letter dated January 7, 2024 noting its objections to testimony from Mr. Peter J. Melley and Dr. Timothy Anderson. The Government is ordered to respond to these objections by 9:00 PM Eastern Time.

**SO ORDERED.**

**Dated:**   **January 8, 2024**
         **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**