**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2024

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/19/24__

The Honorable Andrew L. Carter
United States District Judge
United States Courthouse
40 Foley Street
New York, NY 10007-1312

    Re:   *United States v. Dagar et al.*, 23 Cr. 319 (ALC)

Dear Judge Carter:

    The Government writes respectfully to request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. I am departing the U.S. Attorney's Office for other employment.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

      by: _____
                Alex Rossmiller
                Assistant United States Attorney
                (212) 637-2415

Cc:   All counsel (via ECF)

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter*
9/19/24