```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
------------------------------------------------------ x  DOC#: _____
                                                          DATE FILED: 10-8-24
UNITED STATES OF AMERICA,                              :
                                                       :
                                                       :
                                                       :  23-CR-319 (ALC)
         - v. -                                        :
                                                       :
AMIT DAGAR,                                            :  ORDER
                                                       :
                         Defendant.                    :
                                                       :
------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

A Bond Hearing is set for **October 8, 2024** at **2:00 p.m.**

**SO ORDERED.**

Dated:   New York, New York
         October 8, 2024

                                    _____
                                    ANDREW L. CARTER, JR.
                                    United States District Judge