UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-21-25

---

UNITED STATES OF AMERICA,

v.

AMIT DAGAR,

                Defendant.

S1 23 Cr. 319 (ALC)

## ORDER

ANDREW L. CARTER, JR, United States District Judge:

The motion for an order granting the withdrawal of Sean H. McMahon as counsel for Defendant Amit Dagar in the above-captioned action, is GRANTED.

Dated: July 21, 2025
       New York, New York

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR
United States District Judge