


**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 29, 2025

**VIA ECF AND EMAIL**
The Honorable Andrew L. Carter
United States District Judge
United States Courthouse
40 Foley Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/29/25

Re:   *United States v. Dagar*, 23 Cr. 319 (ALC)

Dear Judge Carter:

On October 28, 2025, the Second Circuit issued its mandate to this Court affirming defendant Amit Dagar's conviction. *See* ECF Doc. No. 156. The parties have conferred and jointly propose that the Court order the defendant to surrender for the service of his sentence at the facility designated by the Bureau of Prisons in 90 days, *i.e.*, Tuesday January 27, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ Justin Rodriguez
Justin V. Rodriguez
Assistant United States Attorney
(212) 637-2591

cc: Defense Counsel (via ECF)

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
10/29/25