**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___5/5/26_____

---

UNITED STATES OF AMERICA,

v.

AMIT DAGAR,

Defendant.

S1 23 Cr. 319 (ALC)

## ORDER EXONERATING BAIL,  RELEASING BOND, AND RELEASING PASSPORT

WHEREAS, on June 29, 2023, Defendant Amit Dagar executed a $1,000,000 Appearance Bond secured by real property (his residence);

WHEREAS, on July 19, 2023, Dagar and his wife executed a deed to convey the real property securing the Appearance Bond (Dagar's residence) to the United States of America;

WHEREAS, Dagar surrendered his passport to Pretrial Services pursuant to the terms of his Conditions of Release;

WHEREAS, on August 6, 2024, the Court imposed judgment in a criminal case finding Dagar guilty on Counts 1 and 2 and sentencing him to nine months' imprisonment;

WHEREAS, on October 29, 2025, the Court ordered Dagar to surrender to serve his sentence on January 27, 2026, and, on December 5, 2025, the Court extended Dagar's surrender date to March 9, 2026;

WHEREAS, on March 9, 2026, Dagar reported to serve his sentence at FCI Allenwood Low as designated by the U.S. Marshals Service; and

WHEREAS, Dagar has satisfied the terms of his pretrial release;

IT IS HEREBY ORDERED, upon application of counsel for Dagar, that bail is exonerated and the Appearance Bond is released.  The U.S. Attorney's Office shall reconvey the property which secured the Appearance Bond (Dagar's residence) to Dagar and his wife.  Pretrial Services shall return Dagar's passport to his counsel, Clark Smith Villazor LLP.

SO ORDERED

Dated: May 5, 2026

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE, S.D.N.Y.